UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**JAMES O'DELL WALTON,**

Plaintiff,

v. **No. 3:26-cv-03507-P**

**TDCJ-ID BOARDS OF PARDONS AND PAROLE, ET AL.,**

Defendants.

**ORDER**

On October 16, 2026, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 3. The Magistrate Judge recommended that the above-captioned case be dismissed for failure to pay the filing fee. ECF No. 3 at 3.

No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice** for failure to pay the required filing fee.

**SO ORDERED** on this **2nd day** of **November 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE